IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JOHN PATRICK WALLACE, #1621931 §
§
VS. § CIVIL ACTION NO. 4:17cv511
§
DIRECTOR, TDCJ-CID §

**ORDER OF DISMISSAL**

The above-named and numbered case was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation recommending that the petition be denied and dismissed with prejudice because it is time-barred. Petitioner filed objections.

Having made a *de novo* review, the court concludes that the findings and conclusions of the Magistrate Judge are correct, and the objections of Petitioner are without merit. Petitioner fails to show that the Report and Recommendation is in error or that he is entitled to equitable tolling. Accordingly, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is

**ORDERED** that the petition for writ of habeas corpus is **DENIED** and Petitioner's case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. It is further

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this the 14th day of March, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE